1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CARLOS G. NAVARRETE,  ) No. CV 10-3438 GW (JCG)
         Petitioner,  ) JUDGMENT
    v.  )
HARRINGTON, Warden,  )
        Respondent.  )
                      )

      Pursuant to the Order Denying Request for Extension of Time to File Habeas Petition and Summarily Dismissing Action without Prejudice, **IT IS ADJUDGED** that this action is summarily dismissed without prejudice.

DATED: August 24, 2010

                                GEORGE H. WU
                     UNITED STATES DISTRICT JUDGE